UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-0051-CR-GRAHAM

UNITED STATES OF AMERICA NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

v.

MAGISTRATE JUDGE
JOHNSON

JOSEPH MIRANDA,
RAFAEL REYNOSO,                    **INDICTMENT**
HUGO SANTANA, and
WILLIAM CHAPARRO

The Grand Jury charges that:

### COUNT 1

Beginning on or about November 1, 1997, and continuing to on or about January 20, 1998, in Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSEPH MIRANDA,
RAFAEL REYNOSO,
HUGO SANTANA, and
WILLIAM CHAPARRO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about January 20, 1998, at Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSEPH MIRANDA,
RAFAEL REYNOSO,
HUGO SANTANA, and
WILLIAM CHAPARRO,**

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
NEAL J. STEPHENS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-0051 CR-GRAHAM

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

JOSEPH MIRANDA,                 MAGISTRATE JUDGE
RAFAEL REYNOSO,                     JOHNSON
HUGO SANTANA, and
WILLIAM CHAPARRO
_____/

                                **Related Case Information**
                                INDICTMENT              Yes ____
Court Division: (Select One)    New Defendant(s)        Yes  X
                                Number of New Defendant  4
___ Miami  X  ___ Key West      Total number of counts   2
___ FTL    ___ WPB  ___ FTP

        I do hereby certify that:

   1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

   3.   Interpreter:       (Yes or No)  No
        List language and/or dialect  _____
   4.   This case will take   3   days for the parties to try.

   5.   Please check appropriate category and type of offense listed below:
        (Check only one)                    (Check only one)

   I    0 to 5 days        X         Petty       ____
   II   6 to 10 days       ____      Minor       ____
   III  11 to 20 days      ____      Misdem.     ____
   IV   21 to 60 days      ____      Felony       X
   V    61 days and over   ____

   6.   Has this case been previously filed in this District Court? (Yes or No)  No
   If yes

   Judge _____         _____
        (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)  No

   If yes:

   Magistrate Case No.  _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____

This case originated in the U.S. Attorney's office prior to August 16, 1985
(Yes or No)_____No_____

                                                        _____
                                                        NEAL J. STEPHENS
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        COURT NO. A5500290

                                                                            REV.12/12/96
                                                                            N:\UDD\DDIAZ\CERT.FOR

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __Joseph Miranda__    98-0051-CR-GRAHAM

Count #: 1    Conspiracy to Possess With Intent to Distribute Cocaine

21 U.S.C. Section 846

*Max. Penalty:    Life imprisonment    MAGISTRATE JUDGE
                                        JOHNSON
Count #: 2    Attempt to Possess With Intent to Distribute Cocaine

21 U.S.C. Sections 841(a)(1) and 846, and 18 U.S.C. Section 2

*Max Penalty:    Life imprisonment

Count # 3

*Max. Penalty:

Count #: 4

Max. Penalty:
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**98-0051 CR-GRAHAM**

Defendant's Name: Rafael Reynoso

Count #: 1  Conspiracy to Possess With Intent to Distribute Cocaine

21 U.S.C. Section 846  MAGISTRATE JUDGE
                       JOHNSON

*Max. Penalty: Life imprisonment

Count #: 2  Attempt to Possess With Intent to Distribute Cocaine

21 U.S.C. Sections 841(a)(1) and 846, and 18 U.S.C. Section 2

*Max. Penalty: Life imprisonment

Count # 3

*Max. Penalty:

Count #: 4

*Max. Penalty:

Max. Penalty:
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**98-0051 CR-GRAHAM**

Defendant's Name: Hugo Santana

Count #: 1    Conspiracy to Possess With Intent to Distribute Cocaine

21 U.S.C. Section 846

*Max. Penalty: Life imprisonment    MAGISTRATE JUDGE JOHNSON

Count #: 2    Attempt to Possess With Intent to Distribute Cocaine

21 U.S.C. Sections 841(a)(1) and 846, and 18 U.S.C. Section 2

*Max Penalty: Life imprisonment

Count # 3

*Max. Penalty:

Count #: 4

Max. Penalty:
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

Max. Penalty.
Count #.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: William Chaparro    98-0051 CR-GRAHAM

Count #: 1    Conspiracy to Possess With Intent to Distribute Cocaine

21 U.S.C. Section 846

*Max. Penalty:    Life imprisonment    MAGISTRATE JUDGE JOHNSON

Count #: 2    Attempt to Possess With Intent to Distribute Cocaine

21 U.S.C. Sections 841(a)(1) and 846, and 18 U.S.C. Section 2

*Max Penalty:    Life imprisonment

Count # 3

*Max. Penalty:

Count #: 4

Max. Penalty:

Count #.

Max. Penalty.

Count #.

Max. Penalty.

Count #.

Max. Penalty.

Count #.

Max. Penalty.

Count #.

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

MAGISTRATE JUDGE
JOHNSON

98-0051 GRAHAM

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _FLORIDA_____

__CRIMINAL_____ Division

## THE UNITED STATES OF AMERICA

vs.

JOSEPH MIRANDA, RAFAEL REYNOSO,
HUGO SANTANA and WILLIAM CHAPARRO

## INDICTMENT

IN VIOLATION OF: 21 USC 846
21 USC 841(a)(1)
18 USC 2

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19___

_____
Clerk

Bail, $ _____

FORM DBD-34
JUN. 85

GRAND JURY INDICTMENT NO. 97 7 SP 0019