# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.

JOSEPH MIRANDA

**98-0051 CR-GRAHAM**

**WARRANT FOR ARREST**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
JOHNSON

FILED by _____ D.C.
MAG. SEC.
JAN 2 9 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

YOU ARE HEREBY COMMANDED to arrest ___Joseph Miranda___

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiracy to possess with intent to distribute cocaine, in violation of Title _21_, United States Code, Section(s) 846, and attempt to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

Stephen T. Brown
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _Pretrial Detention_

MAGISTRATE JUDGE
BROWN

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida    1/29/98
Date and Location

by STEPHEN T. BROWN
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



**BOND RECOMMENDATION**

DEFENDANT  Joseph Miranda

**Pretrial Detention**

_____
NEAL J. STEPHENS
ASSISTANT UNITED STATES ATTORNEY


Last Known Address  _____


What Facility  _____


Agent  Scott Wiegmann - FBI
       (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)