# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA ] | CASE NUMBER: CR **98-0051-CR-GRAHAM** |
|---|---|
| Plaintiff ] | |
| -vs- ] | REPORT COMMENCING CRIMINAL ACTION |
| ] | |
| **MIRANDA, JOSEPH A.** ] | **50630-004** |
| Defendant | USMS Number |

*************************************************************

TO: CLERK'S OFFICE   **(MIAMI)**   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **N/A** ___ AM ___ PM

(2) LANGUAGE SPOKEN: **UNKNOWN**

(3) OFFENSE(S) CHARGED: **PWID COCAINE**

(4) UNITED STATES CITIZEN: (✓) YES   ( ) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: **10/25/76**

(6) TYPE OF CHARGING DOCUMENT: (check one)
   [✓] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE # **98-0051-CR-GRAHAM**
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: **S/FLA**
   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES   [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: **2/12/98**   ARRESTING OFFICER: **Canela**

(10) AGENCY: **USMS**   (11) PHONE: _____

(12) COMMENTS: _____

**DETAINER P/U from DCJ**

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
v.
JOSEPH MIRANDA

98-0051 CR-GRAHAM

WARRANT FOR ARREST

CASE NUMBER:

MAGISTRATE JUDGE JOHNSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Joseph Miranda__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiracy to possess with intent to distribute cocaine, in violation of Title __21__, United States Code, Section(s) __846, and attempt to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.__

Stephen T. Brown
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _Pretrial Detention_

MAGISTRATE JUDGE
BROWN
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida   1/29/98
Date and Location

by  STEPHEN T. BROWN
    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest