# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.

JOSEPH MIRANDA

## WARRANT FOR ARREST

CASE NUMBER: 98-0051 CR-GRAHAM
MAGISTRATE JUDGE JOHNSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Joseph Miranda___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section(s) 846, and attempt to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

Stephen T. Brown
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _Pretrial Detention_ by

MAGISTRATE JUDGE BROWN
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida  1/29/98
Date and Location

STEPHEN T. BROWN
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Miami, Florida |||
| DATE RECEIVED<br>1/31/98 | NAME AND TITLE OF ARRESTING OFFICER<br>DANIEL J. HORGAN<br>US MARSHAL, S/FL | SIGNATURE OF ARRESTING OFFICER<br>BY: LORENZO MENENDEZ, SDUSM |
| DATE OF ARREST<br>2/12/98 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



# BOND RECOMMENDATION

DEFENDANT  Joseph Miranda

**Pretrial Detention**

_____
NEAL J. STEPHENS
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent  Scott Wiegmann - FBI
       (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)