[FILED BY _____ D.C.  
MAG. SEC.  
FEB 26 1998  
CARLOS JUENKE  
CLERK U.S. DIST. CT.  
S.D. OF FLA. MIAMI]

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-51-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

JOSEPH MIRANDA

          Defendant.  
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 50630-004

Language: Spanish

    The above-named Defendant appeared before **Magistrate Judge TURNOFF**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**     Address: IN JAIL

                Tel. No: _____

**Defense Counsel:**   Name: Louis Casuso

                Address: 200 S Biscayne Blvd  
                         Ste #3420  
                         Miami, FL 33131

                Tel. No: 374-1500

**Bond Set/Continued:**   $ DETENTION

Dated this 26TH day of FEBRUARY, 1998.

           CARLOS JUENKE, CLERK

           BY  PATRICIA MITCHELL  
                Deputy Clerk

c: Clerk for Judge  
   U.S. Attorney  
   Defense Counsel  
   Pretrial Services  
formarra.ign

TAPE NO. 98G 26-94  
DIGITAL START NO. _____